

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2013

No. 04-12-00749-CR, 04-12-00750-CR & 04-12-00751-CR

Kwaku **AGYIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10947, 2012CR0469 & 2012CR10948
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is deemed MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court